160 A.3d 194

**Mary J.B. EIDELMAN, Esquire, Appellant**

v.

**TIMONEY KNOX, LLP, Richard L. Caplan, Esq., The Law Offices of Todd Mosser, PLLC, Todd Mosser, Esq. III, and Paul Abeln, Appellees**

No. 68 MAP 2016

Supreme Court of Pennsylvania.

DECIDED: May 22, 2017

466

## ORDER

PER CURIAM

**AND NOW,** this 22nd day of May, 2017, the order of the Lehigh County Court of Common Pleas dated May 31, 2016 is **REVERSED** based on our decision in *Villani v. Seibert*, 639 Pa. 58, 159 A.3d 478 (2017), and the matter is **REMANDED** for further proceedings.

The Motion to Quash is **DENIED.**